**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emma Ochoa Toledo, et al., | No. CV-24-00195-TUC-CKJ |
| Plaintiffs, | **ORDER** |
| v. | |
| Andrew Palafox, et al., | |
| Defendants. | |

Plaintiff seeks a substitution of counsel. The status of the case includes a current deadline for ending discovery of March 28, 2025, and dispositive motions are due April 30, 2025. The Motion to Substitute reflects that Plaintiff has been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions. LRCiv. 83.3(b)(2). The Court finds good cause for the substitution.

**Accordingly,**

**IT IS ORDERED** that the Motion for Substitution (Doc. 30) is GRANTED.

**IT IS FURTHER ORDERED** that Attorneys Jason Kelly, Richard Lyons, and Anoop Bhatheja are hereby relieved of further responsibility as counsel for Plaintiffs in the above-captioned matter, and Paul Gattone shall be substituted as counsel of record on behalf of Plaintiffs for all further proceedings.

Dated this 14th day of April, 2025.

Honorable Cindy K. Jorgenson
United States District Judge